

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

JAMES HARRIS

**CRIMINAL COMPLAINT**

CASE NUMBER: *11-491BPG*

I, Michael Glenn, a Task Force Office with the Bureau of Alcohol, Tobacco, Firearms and Explosives, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

That on or about September 17, 2008, the defendant JAMES HARRIS:

**did knowingly conspire with persons known and unknown to distribute a quantity of a mixture or substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Section 841(a)(1),**

in violation of Title 21 United States Code, Section 846.

I further state that I am a Task Force Officer with the ATF and that this complaint is based on the following facts:

### PLEASE SEE THE ATTACHED AFFIDAVIT

Michael Glenn, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence,

February 1, 2011, at Baltimore, Maryland.

Honorable Beth P. Gesner
United States Magistrate Judge



*11-491 BPG*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Glenn, a detective with the Baltimore Police Department and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), having conducted an investigation, am aware of the following facts:

1.      I am currently assigned to the Baltimore City Police Department as a Detective and have been employed with the Department since December 14, 1988. I have been detailed to the Bureau of Alcohol, Tobacco and Firearms and Explosives, United States Department of Justice as a Task Force Officer since October of 2002. Prior to this assignment, I was assigned to the Baltimore City Police Homicide Unit for 7 ½ years and have investigated numerous homicide's involving firearms as the cause of death. I was also a member of the Baltimore City Police Department's S.W.A.T. Team for five years where specialized training was obtained in the use of firearms and equipment. I have received specialized training in the investigation of violations of federal/state firearms laws. In my current capacity I am responsible for the investigation of federal/state firearms violations and the investigation of violent drug and gun trafficking organizations.

2.      I make this affidavit in support of a criminal complaint charging the defendant James Harris with conspiracy to distribute cocaine in violation of 21 U.S.C. Section 846. The information contained in this affidavit is based on information I have obtained from other law enforcement officers, investigative reports, and other investigation. I have not included all of the information relevant to the investigation in this affidavit but I do not believe that I have omitted any information that would have a tendency to defeat a showing of probable cause.

3.      On September 17, 2008, a Baltimore Police officer working undercover (the "UC") was on the street on the 2600 block of West Fairmount Avenue. The UC was approached by a male on a bicycle who asked the UC what he was looking for. The UC replied "Ready," a street term for crack cocaine. The male on the bicycle then directed the UC to James Harris, the defendant, who was standing nearby. Harris was standing with two females, including a woman named Markita Cook, near the front of 2603 W. Fairmount Avenue.

4.      The UC approached Harris. Harris asked, "what do you need," and the UC replied "two." Harris then stated to Cook, "go get him two." Cook then entered the front entrance of 2603 W. Fairmount Avenue, and then came out and approached the UC. Cook handed the UC two black top vials of suspected cocaine base. The UC gave Cook two prerecorded ten dollar bills. The UC then left the area and alerted an arrest team.

5.      The arrest team entered the area and located Harris, Cook and the other female in front of 2603 W. Fairmount Avenue. Officers recovered from Cook's pants pocket a quantity of money, including the prerecorded ten-dollar bills. In Cook's purse, officers found 5 gel caps of heroin, 24 vials of cocaine, and 27 ziplock bags containing cocaine.

6.      Officers entered and secured 2603 W. Fairmount Avenue and did observe, in plain view, evidence of narcotics in the residence. Officers obtained a search warrant for the residence

from a state court judge and executed that warrant shortly thereafter.  Inside the house officers recovered the following (among other items):

From the living room: one clear plastic bag containing suspected cocaine; marijuana cigars; and a Taurus .38 special revolver, loaded with five rounds, from under the coach.

From the upstairs front bedroom: ziplock bags; and

From the upstairs rear bedroom: black top vials.


7.      The items described above were submitted for lab analysis.  Analysis revealed that the substances did test positive for cocaine and heroin as suspected.

8.      Based on the foregoing, there is probable cause to believe that the defendant James Harris did conspire with Markita Cook and others to distribute cocaine.


TFO/Detective Michael Glenn
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to and subscribed before me
This ___ day of February 2011 at Baltimore, Maryland


Honorable Beth P. Gesner
United States Magistrate Judge
District of Maryland